FILED *nw* 555

CC AUG 29  PM 3: 01

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S. §§ 1983**

2   Name _LoPEZ_      _EriK_      _A_

3       (Last)        (First)        (Initial)

4   Prisoner Number _K99196_

5   Institutional Address _DVI P.O BOX 600 Tracy Ca 95378_

**(PR)**

**WHA**

7                **UNITED STATES DISTRICT COURT**
8               **NORTHERN DISTRICT OF CALIFORNIA**

9   _EriK Abuilar LoPez_
   (Enter the full name of plaintiff in this action)

**C 08 4140**

10          vs.
                   Case No. _____
                   (To be provided by the Clerk of Court)

11   _C.W fiNN , S.P Moole_
                   **COMPLAINT UNDER THE**
12   _Dr fox - HCM - DVT_          **CIVIL RIGHTS ACT,**
                   **Title 42 U.S.C § 1983**
13   _Candace Collins, John Hall, Diane_
14   _Grey. Stockton Parole Ded I_
   (Enter the full name of the defendant(s) in this action)

15

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.     Exhaustion of Administrative Remedies.

18       **[Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.     Place of present confinement _DUI TRacy DVI_

21       B.     Is there a grievance procedure in this institution?

22             YES (X)     NO ( )

23       C.     Did you present the facts in your complaint for review through the grievance

24       procedure?

25             YES (X)     NO ( )

26       D.     If your answer is YES, list the appeal number and the date and result of the

27       appeal at each level of review. If you did not pursue a certain level of appeal,

28       explain why.

COMPLAINT                - 1 -

1. Informal appeal _DUZ-X-06-02447   DUZ-X-06-01956_
_DUI-V-06-01800   DUZ-X-08-0195/ DUZ-X-08_
_-01873_

2. First formal level _DUI-X-06-02447   DUI-X-06-01956_
_DUI-X-06-01800   DUI-X-08-0195/ DUIX-08-_
_01873_

3. Second formal level _DUI-X-08-0195/ - DUI-X-06-019_
_56 - DUI-X-06-02447   DUI-X-06-01800_

4. Third formal level _DUI-X-08-01800  DUI-X-06-01956_
_DUI-X-06-02447 - exausted Remores Have_
_Been Met At third Level_

E.    Is the last level to which you appealed the highest level of appeal available to
you?

                    YES [X]    NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why. _____

_____

_____

II.   Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,
if any.                                              _D.V.I_

_Erik Abvilar Lopez   P.O. Box 600  Tracy Ca  95378-0600_

_____

B.    Write the full name of each defendant, his or her official position, and his or her
place of employment.

_S.L. Moore/CW Finn_      _Stockton Parole Deu I_   _Dr fox HCM_
_Tracy DUZ-P.O Box 600_   _Candace Collins_         _D VI Medical Clinic_
_Tracy Ca 95378_          _John Hall_               _Tracy Ca 95378_
COMPLAINT                 _Diane Grey_              _P.O Box 600-_
                          _Section 2 Parole Deu I_  _95378-0600_
                          _Stockton Ca_
                          _95207_

1  C.W  Finn  DV.I  S.P Moore - AcTing Warden - DVI

2  Candace Collins, John Hall, Diane Lopez - Stockton Parole DEU I

3  Dr Fox - H-C-M  under Plata vs Davis Tracy Medical Classc

4

5  III.    Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  C.W  Finn - S.P Moore  Assr  Warden  I was denied Action Toward Any

11  Relief Medical  of A Severely  broken Hand, by unlock Process

12  Medication And Medical Treatment, 6-1-05 To 6-08-08  by

13  Parial  lock-down. Candace Collins, John Hall, Diane blay

14  Supervisors - due To Injury - I was Relocated of Parole - And

15  Continuous Relocations due To Retaliation And Denial of Responsibility

16  To the Health And Welfare of Inmate Lopez - by Relocation

17  And Retaliations Dr Fox DVI Tracy - Medical clinic faulty

18  Practice And Procedures that further Risked the Health of

19  Inmate Lopez And Resulted in An Amputation of Lopez

20  Middle Finker by Negligence in unlock - Medical Readahills

21  And Retaliation for filing a Complaint against an officer

22

23  IV.    Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  To find thru - Motion of Discovery - by Unionimous Volo

27  or Trial by Jury, that ALL Actions of Wrong Doing

28  And Malice, of Correctional Staff, Medical, Parole

COMPLAINT                    - 3 -

1  Person #I be duly found Responsible, And be dealt
2  With in An official and unofficial Capacity in this Court
3  Of Law, And Hold All those named, in this Court of Law
4  Liable for actions Rendered Against Inmate Lopez

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this __29th__ day of __June__ , 20 08

10                                    (Plaintiff's signature)

COMPLAINT                            - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
ERIK Alankd LoPEZ
State Petition

**DEFENDANTS**
CW finn - S.R. MOORE / DVI
Candace Collins, John Hall, Diane Gbet - Stockton
Parole Region I
De for - HCM - DVI - Medical Clinic

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Joaquin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  San Joaquin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only)  AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding
☐ Removed from State Court
☐ Remanded from Appellate Court
☐ Reinstated or Reopened
☐ Transferred from Another district (specify)
☐ Multidistrict Litigation
☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment & Enforcement of Judgment<br>☐151 Medicare Act<br>☐152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐153 Recovery of Overpayment of Veteran's Benefits<br>☐160 Stockholders Suits<br>☐190 Other Contract<br>☐195 Contract Product Liability<br>☐196 Franchise | **PERSONAL INJURY**<br>☐310 Airplane<br>☐315 Airplane Product Liability<br>☐320 Assault Libel & Slander<br>☐330 Federal Employers Liability<br>☐340 Marine<br>☐345 Marine Product Liability<br>☐350 Motor Vehicle<br>☐355 Motor Vehicle Product Liability<br>☐360 Other Personal Injury | **PERSONAL INJURY**<br>☒362 Personal Injury Med Malpractice<br>☐365 Personal Injury Product Liability<br>☐368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐370 Other Fraud<br>☐371 Truth in Lending<br>☐380 Other Personal Property Damage<br>☐385 Property Damage Product Liability | ☐610 Agriculture<br>☐620 Other Food & Drug<br>☐625 Drug Related Seizure of Property 21 USC 881<br>☐630 Liquor Laws<br>☐640 RR & Truck<br>☐650 Airline Regs<br>☐660 Occupational Safety/Health<br>☐690 Other<br>**LABOR**<br>☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt Relations<br>☐730 Labor/Mgmt Reporting & Disclosure Act<br>☐740 Railway Labor Act<br>☐790 Other Labor Litigation<br>☐791 Empl.Rel. Inc. Security Act | ☐422 Appeal 28 USC 158<br>☐423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐820 Copyrights<br>☐830 Patent<br>☐840 Trademark<br>**SOCIAL SECURITY**<br>☐861 HIA (1395ff)<br>☐862 Black Lung (923)<br>☐863 DIWC/DIWW (405(g))<br>☐864 SSID Title XVI<br>☐865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐870 Taxes (US Plaintiff or Defendant)<br>☐871 IRS - Third Party 26 USC 7609 | ☐400 State Reapportionment<br>☐410 Antitrust<br>☐430 Banks and Banking<br>☐450 Commerce/ICC Rates/etc.<br>☐460 Deportation<br>☐470 Racketeer Influenced and Corrupt Organizations<br>☐810 Selective Service<br>☐850 Securities/Commodities/Exchange<br>☐875 Customer Challenge 12 USC 3410<br>☐891 Agricultural Acts<br>☐892 Economic Stabilization Act<br>☐893 Environmental Matters<br>☐894 Energy Allocation Act<br>☐895 Freedom of Information Act<br>☐900 Appeal of Fee Determination Under Equal Access to Justice<br>☐950 Constitutionality of State Statutes<br>☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| ☐210 Land Condemnation<br>☐220 Foreclosure<br>☐230 Rent Lease & Ejectment<br>☐240 Torts to Land<br>☐245 Tort Product Liability<br>☐290 All Other Real Property | ☐441 Voting<br>☐442 Employment<br>☐443 Housing<br>☐444 Welfare<br>☐440 Other Civil Rights<br>☐445 Amer w/ disab.- Empl<br>☐446 Amer w/ disab.- Other<br>☐480 Consumer Credit<br>☐490 Cable/Satellite TV | ☐510 Motion to Vacate Sentence Habeas Corpus:<br>☐530 General<br>☐535 Death Penalty<br>☐540 Mandamus & Other<br>☐550 Civil Rights<br>☐555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $☒ ☐ CHECK YES only if demanded in complaint:   JURY DEMAND ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)   ☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE                SIGNATURE OF ATTORNEY OF RECORD

_Erik Lopez_ [your name]
_K99996_ [CDC #]
P.O. Box 600
Tracy, CA 95378-0600
In Pro per

_District Attorney's Offices_
_Superior Court De_
_Tackton Ca 222 E weber Av6_
_95202_

)
)
)
)

CASE NO. _____

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a
California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By
placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the
Institutional mailroom.

**DOCUMENT:**

**PARTIES SERVED:**

I declare under penalty of perjury the above statements are true and correct. This document
executed on the ___ _29_ ___ Day of ___ _July_ ___ 200 _08_, in the city of Tracy,
San Joaquin County, California. By: ___ _Erik Lopez_ ___                    print your name

SIGNED: _____

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2    Name  _Lopez_                    _Erik_                    _A_

3         (Last)                        (First)                    (Initial)

4    Prisoner Number  _K-99196_

5    Institutional Address  _P.O Box 600 Tracy Ca 95378-0600_

6    ════════════════════════════════════════════════════════════

7                        UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
8
     _Erik Aguilar Lopez_                         )
9    (Enter the full name of plaintiff in this action.)  )
                                                    )
10                      vs.                         )    Case No. _____
                                                    )    (To be provided by the Clerk of Court)
11   _C.W finn -S.R Moore -DVI_                     )
                                                    )    COMPLAINT UNDER THE
12   _Candace Collins, John Hall, Duane Coley_      )    CIVIL RIGHTS ACT,
                                                    )    Title 42 U.S.C § 1983
13   _Do fox Medical - H.C-M_                       )
                                                    )
14   _John Hall duane coley Candace Collins Stockton Parob_   )
     (Enter the full name of the defendant(s) in this action)  )
15                                                  )

16   [All questions on this complaint form must be answered in order for your action to proceed..]

17   I.    Exhaustion of Administrative Remedies.

18         [Note: You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement _Devel Vocational Institution_

21         B.    Is there a grievance procedure in this institution?

22               YES (X)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES (X)    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.


     COMPLAINT                        - 1 -

1     1. Informal appeal _DUI-X-02447    DUI-X-06-01956_

2     _DUI-X-06-01800_

3

4     2. First formal level _DVT-X-06-02447    DUI-X-06-01956_

5     _DUI-X-06-02447_

6

7     3. Second formal level _DUI-X-06-02447    DUI-X-06-01956_

8     _DUI-X-06-01800_

9

10    4. Third formal level _DUI-X-06-02447    DUI-X-06-01956_

11    _DVI-X-06-01800_

12

13    E.    Is the last level to which you appealed the highest level of appeal available to

14       you?

15           YES (X)    NO ( )

16    F.    If you did not present your claim for review through the grievance procedure,

17 explain why._____

18

19

20 II.   Parties.

21    A.    Write your name and your present address. Do the same for additional plaintiffs,

22       if any.

23 _ERIK AGUILAR LOPEZ - P.O Box 600 Tracy Ca 95378-0600_

24 _P.O Box 1051 - Petitionairy To the State Stockton Ca 95202_

25 _Under ERIK LOPEZ As the Petitioner Against the State_

26    B.    Write the full name of each defendant, his or her official position, and his or her

27       place of employment.

28 Deuel Vocational Inst     Stockton Parole     DUI Medical Clinic
    Tracy Ca                Devision I        Dr for - H.C.M
    P.O Box 600 - 95378-0600    Candace Collins       Tracy Ca
    COMPLAINT            John Hall           P.O Box 600
    C.W. tion             Duane Colet - 2 -        95378-0600
    S.R Moolf

Cense

1  Warden - C.W. finn        S/P Moore    actul weden
2  Parole Agent - Candace Collins    John Hall    Diane Grey
3  D.V. T Medical facility Clinic H.C. M.
4  Dr fox P.C Mainline Medical Clinic

5  III.    Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  C.W finn    S.P Moore- Denied Medical Relief Deprival due Process
11  Treatment of Wolden Hand that I Led to Amputation due To failure
12  To Allow Inmate due Process Medical Relief/Correctional staff Hallrasment
13  By Candace Collins    John Hall - Diane Grey - failure To comply
14  To the needs of Parolee by Retaliation/ Coercion - And failure To up
15  Hold the Responsabilities of Health/ Safety of Pardee/Inmate Welfare.
16  from 06-01-05 To 06-08-08 By Continued Retaliation in Relocating
17  Parolee, showing Lack of Responsability for Parolee.
18  Dr fox OVI- Tracy - Medical Clinic - Practice and Procedures that had
19  been Applied, Jeopardized the Health And Safety and Welfare of
20  Inmate Lopez K99196, And Resulted in the Amputation, of Limb
21  on Right Hand Middle finger As Well As Jeopardizing the Health
22  And Safety of Inmate Lopez

23  IV.    Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I Request for A Motion in Discovery- Decision Rendered in
27  Trial By July that All actions of Wrong Doing And Malice
28  of Correctional Staff, Medical And Parole Region Supervision be duly

1  found Responsible for these Actions And Be Dealt with in An
2  Official Capacity As Well As for Personal Conflict with in the
3  Courts of Law And To Hold ALL those Named and others fully Liable
4  for actions, or failures of Response To Health/Safety of Inmates/Peddler

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this  29th  day of  August , 20 08

9
10                                      (Plaintiff's signature)

COMPLAINT                        - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

Erik Aguilar Lopez

Under Petition

**DEFENDANTS** C.W Finn - Gl Moode D.V.I
Candace Collins, John Hall Diane Grey
Stockton Parole
De Tox H-C-M Medical Clinic DUI Tmt

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Joaquin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Joaquin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transfered from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | **PERSONAL PROPERTY** | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders Suits | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | | | [ ] 720 Labor/Mgmt Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 196 Franchise | | | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: | [ ] 791 Empl.Ret. Inc. Security Act | [ ] 870 Taxes (US Plaintiff or Defendant | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty | | | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | | | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [x] 550 Civil Rights | | | |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition | | | |
| | [ ] 446 Amer w/ disab - Other | | | | |
| | [ ] 480 Consumer Credit | | | | |
| | [ ] 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Preliminary Injunctive / Civil Tort damages

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION
- DEMAND $ ☑
- [ ] CHECK YES only if demanded in complaint:

UNDER F.R.C.P. 23    JURY DEMAND: [x] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)  [x] SAN FRANCISCO/OAKLAND  [ ] SAN JOSE

DATE                    SIGNATURE OF ATTORNEY OF RECORD

Erik Abulad Lopsc    (your name)
K 99196    (CDC #)
P.O. Box 600
Tracy, CA 95378-0600
In Pro per

Dr fox - H·C-M Associates
Tract Medical Clinic=
Tract Cu  95328-0600    )    CASE NO. _____
                          )
                          )    **PROOF OF SERVICE BY MAIL**
_____)

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a
California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By
placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the
Institutional mailroom.

**DOCUMENT:**




**PARTIES SERVED:**








I declare under penalty of perjury the above statements are true and correct. This document

executed on the _____3/_____ Day of ___Aubust_____ 200 _8_ , in the city of Tracy,

San Joaquin County, California. By: __Erik Lopez_____    print your name

SIGNED: _____

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2    Name _LoPez_      _ERik_      _A_

3      (Last)      (First)      (Initial)

4    Prisoner Number ____ _K-99196_

5    Institutional Address _DEuEl VocaTionAl InstiTuTe_ _Po Box 600_ _Tracy Ca_

6                                                        95378-0600

7                 **UNITED STATES DISTRICT COURT**
8                **NORTHERN DISTRICT OF CALIFORNIA**

9    _Erik AbulA LoPez_
   (Enter the full name of plaintiff in this action.)

10    _formee Warden_   vs. _actulb warden_      Case No. _____
11    _Cw finn / S.R moore_      (To be provided by the Clerk of Court)
12    _DR. fox-HCM DVI Clinic RC_      **COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
13    _Candace Collins, John Hall_      **Title 42 U.S.C § 1983**
14    _DAnE Obey - Stockton Parole_
   (Enter the full name of the defendant(s) in this action)
15

16    *[All questions on this complaint form must be answered in order for your action to proceed..]*

17    I.    Exhaustion of Administrative Remedies.

18      **[Note:** You must exhaust your administrative remedies before your claim can go

19      forward. The court will dismiss any unexhausted claims.]

20      A.    Place of present confinement _D.V.I Tracy DEuel VocaTional_

21      B.    Is there a grievance procedure in this institution?

22          YES (X)    NO ( )

23      C.    Did you present the facts in your complaint for review through the grievance

24      procedure?

25          YES (X)    NO ( )

26      D.    If your answer is YES, list the appeal number and the date and result of the

27      appeal at each level of review. If you did not pursue a certain level of appeal,

28      explain why.

COMPLAINT        - 1 -

1.  Informal appeal _DVI-X-06-02447   DVI-X-06-01956_

_DVI-X-06-01800_

2.  First formal level _DVI-X-06-02447   DVI-X-06-01956_

_DVI-X-06-01800          EXAUSTED REMEDIES_

3.  Second formal level _DVI-X-06-02447   DVI-X-06-0195_

_-6   DVI-X-06-01800   EXAUSTED REMEDIES_

_have been met at thired final Level -DENIED_

4.  Third formal level _DVI-X-06-02447   DVI-X-06-01956_

_DVI-X-06-01800   EXAUSTED REMEDIES have Been_

_Met at thired Level - DENIED_

E.   Is the last level to which you appealed the highest level of appeal available to

you?

        YES (✓)      NO ( )

F.   If you did not present your claim for review through the grievance procedure,

explain why._____

_____

_____

II.    Parties.

A.   Write your name and your present address. Do the same for additional plaintiffs,

if any.

_ERIK Alaular Lopez          P.o Box 600 Tracy, Ca 95378-0600_

_Devel Vocational Institute_

_____

B.   Write the full name of each defendant, his or her official position, and his or her

place of employment.

_Devel Vocational Institute_          _Stockton Parole Devision_      _Devel Vocational Inst._
_S.W. Moore cw finn_                  _Candace Collins_               _Dr. Fox - HCM_
COMPLAINT _DUI-Medical clinic_        _-3-_                           _Tracy Ca_
_Tracy Ca_          _HCM_             _John Hall / Diaue Gray_         _P.o Box 600_
_P.o Box 600_                         _Stockton Parole_               _95378-0600_
_95378-0600_                          _95207_

1  C.W finn  S.R Moore    warden/Associate warden  D.V.I
2  CANDACE Collins   John Hall   DIANE GREY-Parols Region #1
3  Stockton, Ca 95207
4  Dr fox- D V I Medical Clinic  H C M

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

10  C.W finn - S.R Moore-Denied Medical Relief Deprival due
11  Process Treatment of Broken Hand that Led To Amputation
12  due To failure To Allow Inmate due Process of Medical Relief
13  Deprival/Harassement by Candace Collins  John Hall- Diane
14  Grey-failure To comply To the need's of Parolee by Retaliation/Coerci
15  on - And failure of Responsibilities Health/safety of Parolee And welf
16  are from 06-01-05 To 06-08-08 by Revocation, Retaliation, Denial   /
17  of Responsability of Parolee
18  Dr fox-DVI Tracy-Medical clinic - Practice And Procedures
19  that had been Applied, Jeopardized the Health And Safety and
20  welfare of Inmate Lopez K99196 And Requested or Resulted in the
21  Amputation, of Limb on Right Hand Middle finger As well As Jeopardiz
22  ing the Health and safety of Inmate Lopez.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I Request for A Motion in Discovery - Decision Rendered in Trial
27  By Jury that ALL Actions of Wrong Doing And Malice of
28  Correctional Staff Medical, and Parole Region Supervision be duly found

COMPLAINT                    - 3 -

1  ResPonsible, And Be Dealt with In An offcial CuPaciTy As well
2  As for Personal ConflicT with in the CourT at LAW, And To
3  Hold ALL those named and others fully Liable for acTions Pendered
4  or failure of ResPonse To the Health/safety of Inmate/parole

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _29th_ day of _August_, 20 _08_

_____
(Plaintiff's signature)

COMPLAINT                          - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Erik Aguilar Lopez under Petition | Ciw finN - SiR MooRE D.V.I Candace Collins, John Hall, DiANE GREY - Stockton, Parole 1 DEuisioN I Dr fox - H-C-M Medical Clinic Tract Cen |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San JoaQuiN | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| | |

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF

(For diversity cases only)  AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding

☐ Removed from State Court

☐ Remanded from Appellate Court

☐ Reinstated or Reopened

☐ Transferred from Another district (specify)

☐ Multidistrict Litigation

☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers | Injury Product Liability | ☐ 650 Airline Regs | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | | ☐ 660 Occupational | | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| Student Loans (Excl | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | Exchange |
| Veteran) | Liability | ☐ 371 Truth in Lending | **LABOR** | | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders Suits | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 730 Labor/Mgmt Reporting & | ☐ 864 SSID Title XVI | Act |
| ☐ 195 Contract Product Liability | | | Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl.Ret. Inc. Security | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motion to Vacate | Act | ☐ 870 Taxes (US Plaintiff or | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence Habeas Corpus: | | Defendant | Determination Under |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 530 General | | ☐ 871 IRS - Third Party | Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/ disab - Empl | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | ☐ 446 Amer w/ disab - Other | ☐ 555 Prison Condition | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION     DEMAND $ E/    CHECK YES only if demanded in complaint:

UNDER F.R.C.P. 23     JURY DEMAND: ☒ YES ☐ NO

| VIII. RELATED CASE(S) IF ANY | PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". |
|---|---|

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY)     ☒ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | |

ERIK AGUILAR LOPEZ _____ (your name)
_____ K99196 _____ (CDC #)
P.O. Box 600
Tracy, CA 95378-0600
In Pro per   San Joaquin County
Stockton Superior Court
222 E Weber Ave
Stockton Ca
                    95202
To: S. R Moore/Cow finn D.V.I Inst.

CASE NO. _____

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a
California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By
placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the
Institutional mailroom.

**DOCUMENT:**

**PARTIES SERVED:**

I declare under penalty of perjury the above statements are true and correct. This document
executed on the _____ 31 _____ Day of _____ AUGUST _____ 200 8 , in the city of Tracy,
San Joaquin County, California. By: _____ ERIK Lopez _____ print your name

SIGNED: _____

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2    Name _LoPez_____    _ERiK_____    _A_____

3         (Last)                (First)              (Initial)

4    Prisoner Number ___K-99196_

5    Institutional Address _DEvEl VocaTional IusT  PiO Box 600  TReacy Ca 95378-0600_

6    ==================================================================

7    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

8    _EriK AguiLAr LoPEz_____
9    (Enter the full name of plaintiff in this action.)
                                              )
                                              )
10              vs.                           )    Case No. _____
                                              )    (To be provided by the Clerk of Court)
11   _C W finn / SR MooRE_____            )
                                              )    **COMPLAINT UNDER THE**
12   _DR-fox-DVI_____                     )    **CIVIL RIGHTS ACT,**
                                              )    **Title 42 U.S.C § 1983**
13   _CandaCe CoilιNS, DiANE GRεY_            )
                                              )
14   _John Hall  ScacKon PaPoΙΕ_             )
     (Enter the full name of the defendant(s) in this action)
                                              )
15                                            )

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement _DVI-TRacy DEvEl VocaTion./_

21        B.    Is there a grievance procedure in this institution?

22                    YES (ＸＯ    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25                    YES ＸＯ    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review. If you did not pursue a certain level of appeal,

28              explain why.

     COMPLAINT                    - 1 -

1. Informal appeal _DVI-X-06-02447, DVI-X-06-01956_
_DVI-X-06-01800_

2. First formal level _DVI-X-06-02447, DVI-X-06-01956_
_DVI-T-06-01800        EXAUSTED REMEDIES_

3. Second formal level _DVI-X-06-02447, DVI-X-06-01956_
_DVI-T-06-01800_

4. Third formal level _DVI-X-06-02447  DVI-T-06-01956_
_DVI-X-06-01800  EXAUSTED REMEDIES_
_have been MET AT third LEVEL - DENIED_

E.    Is the last level to which you appealed the highest level of appeal available to
you?

YES (✓)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,
explain why._____

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs,
if any.

_ERIK AGUILAR LOPEZ    P.O BOX 600 TRACY CA 95378-_
_0600 DEUEL Vocational INSTITUTE_

B.    Write the full name of each defendant, his or her official position, and his or her
place of employment. Stockton Parole Devision    DVI Medical Clinic
CanDace Collins    Dr fox

Deuel Vocational Institute
S.W. Moore / C.W Finn    John Hall / DIANE GREY    Tracy Ca
dr. fox - DVI Medical Clinic Hwo Kasson Rd    P/O BOX 600
        Stockton Ca    95378-0600
- 2.-    95207

COMPLAINT
Tracy Ca
P.O Box 600
95378-0600

1  C.W F.W  S.R Moore - Warden/Associate Warden D V T
2  Candace Collins  John Hall  Diane Lopey - Parole Region DeU- 1
3  Stockton, Ca
4  De fox  DVI Medical Clinic  HMO - H-C-M

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  C.W F.W  S.R Moore - Denied Medical Relief Deprival due process
11  Treatment of broken Hand that led to Amputation dis To Failures
12  To Allow Inmate due Process of medical Relief/Harrassment
13  Candace Collins, John Hall, Diane Lopey - failure to comply
14  To the needs of Parolee, Retaliation, Coercion - And failure of Res
15  Ponsability Health/safety of Parolee and welfare from 6-1-05 to 6-3-08
16  by Revocation, Retaliation, Denial of Responsability of Parolee
17  De fox - DVI Tracy - Medical Clinic - Practice And Procedures
18  that had been Applied Jeopardized the Health and Safety
19  and welfare of Inmate Lopez K99196. And Resulted in the
20  Amputation, of Limb on Right Hand Middle finger as well
21  As Jeopardized the Health and Safety of Inmate Lopez and
22  others - due to Unprofessionalism.

23  IV.   Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I Request for a Motion of Discovery - Decision in Trial
27  By A Jury that All actions of Wrong Doing and Malice
28  of Correctional Staff, Medical, Parole Region be duly found

COMPLAINT                          - 3.-

1  ResPonsible, And Be dealT with in An Official CaPaciTy
2  As Well As UNofficial CaPaciTy of Color of PRofesion as well
3  AS for Personal Conflict with in the CourT of I Aw, And To Hold
4  All those NameD And otherS fully liable for acTions ReNdeReC

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this _27th_ day of _AUGUST_, 20 _08_

8

9

10                              (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**  Erik Aguilav Lopez under Petition

**DEFENDANTS** CW finn 5R Moore D.V.I Candace Collins, John Hall Diane Grey Stockton Whole Division of fox HMO - Medical clinic Tracy, Ca

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Joaquin (EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Joaquin (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment & Enforcement of Judgment<br>☐151 Medicare Act<br>☐152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐153 Recovery of Overpayment of Veteran's Benefits<br>☐160 Stockholders Suits<br>☐190 Other Contract<br>☐195 Contract Product Liability<br>☐196 Franchise | **PERSONAL INJURY** ☒<br>☐310 Airplane<br>☐315 Airplane Product Liability<br>☐320 Assault Libel & Slander<br>☐330 Federal Employers Liability<br>☐340 Marine<br>☐345 Marine Product Liability<br>☐350 Motor Vehicle<br>☐355 Motor Vehicle Product Liability<br>☐360 Other Personal Injury | **PERSONAL INJURY**<br>☒362 Personal Injury Med Malpractice<br>☐365 Personal Injury Product Liability<br>☐368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐370 Other Fraud<br>☐371 Truth in Lending<br>☐380 Other Personal Property Damage<br>☐385 Property Damage Product Liability | ☐610 Agriculture<br>☐620 Other Food & Drug<br>☐625 Drug Related Seizure of Property 21 USC 881<br>☐630 Liquor Laws<br>☐640 RR & Truck<br>☐650 Airline Regs<br>☐660 Occupational Safety/Health<br>☐690 Other<br>**LABOR**<br>☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt Relations<br>☐730 Labor/Mgmt Reporting & Disclosure Act<br>☐740 Railway Labor Act<br>☐790 Other Labor Litigation<br>☐791 Empl.Ret. Inc. Security Act | ☐422 Appeal 28 USC 158<br>☐423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐820 Copyrights<br>☐830 Patent<br>☐840 Trademark<br>**SOCIAL SECURITY**<br>☐861 HIA (1395ff)<br>☐862 Black Lung (923)<br>☐863 DIWC/DIWW (405(g))<br>☐864 SSID Title XVI<br>☐865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐870 Taxes (US Plaintiff or Defendant<br>☐871 IRS - Third Party 26 USC 7609 | ☐400 State Reapportionment<br>☐410 Antitrust<br>☐430 Banks and Banking<br>☐450 Commerce/ICC Rates/etc.<br>☐460 Deportation<br>☐470 Racketeer Influenced and Corrupt Organizations<br>☐810 Selective Service<br>☐850 Securities/Commodities/Exchange<br>☐875 Customer Challenge 12 USC 3410<br>☐891 Agricultural Acts<br>☐892 Economic Stabilization Act<br>☐893 Environmental Matters<br>☐894 Energy Allocation Act<br>☐895 Freedom of Information Act<br>☐900 Appeal of Fee Determination Under Equal Access to Justice<br>☐950 Constitutionality of State Statutes<br>☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐210 Land Condemnation<br>☐220 Foreclosure<br>☐230 Rent Lease & Ejectment<br>☐240 Torts to Land<br>☐245 Tort Product Liability<br>☐290 All Other Real Property | ☐441 Voting<br>☐442 Employment<br>☐443 Housing<br>☐444 Welfare<br>☐440 Other Civil Rights<br>☐445 Amer w/ disab - Empl<br>☐446 Amer w/ disab - Other<br>☐480 Consumer Credit<br>☐490 Cable/Satellite TV | ☐510 Motion to Vacate Sentence Habeas Corpus:<br>☐530 General<br>☐535 Death Penalty<br>☐540 Mandamus & Other<br>☒550 Civil Rights<br>☐555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ ☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)  ☒ SAN FRANCISCO/OAKLAND  ☐ SAN JOSE

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

_Erik Lopez A_ [your name]
_K99196_ [CDC #]
P.O. Box 600
Tracy, CA 95378-0600
In Pro per

Candace Collins, John Hall
Diane Grey- Stockton Parole, Des I
Stockton Ca   95207            )
P.o. Box 600 Tracey Ca          )
Tracey Ca   95378 - 0600        )

CASE NO. _____

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

**PARTIES SERVED:**

I declare under penalty of perjury the above statements are true and correct. This document executed on the ___31___ Day of ___August___ 200_8_ , in the city of Tracy, San Joaquin County, California. By: _Erik Lopez_ print your name

SIGNED: _____

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2   Name _Lopez_____ _Erik_____ _A_____

3       (Last)             (First)           (Initial)

4   Prisoner Number _K-99196_____

5   Institutional Address _DVI   P.O. Box 600 Tracy Ca-95378-0600_

6   ═══════════════════════════════════════════════

7               **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**

8   _Erik Aguilar Lopez_____

9   (Enter the full name of plaintiff in this action.)

10             vs.                Case No. _____
                              (To be provided by the Clerk of Court)

11  _C.W. Finn S.R Moore_____

12  _Dr Fox - H.C.M_____        **COMPLAINT UNDER THE**
                                **CIVIL RIGHTS ACT,**

13  _Candace Collins, Diane Loper, John Hall_  **Title 42 U.S.C § 1983**

14  _Parole Pologan-I____

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18        **[Note:** You must exhaust your administrative remedies before your claim can go

19        forward. The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement _DVoI Tracy Ca_

21        B.    Is there a grievance procedure in this institution?

22                  YES (X)    NO ( )

23        C.    Did you present the facts in your complaint for review through the grievance

24            procedure?

25                  YES (X)    NO ( )

26        D.    If your answer is YES, list the appeal number and the date and result of the

27            appeal at each level of review. If you did not pursue a certain level of appeal,

28            explain why.

COMPLAINT                 - 1 -

1. Informal appeal DVI-X-08-0195/ DVI-X-06-01956
DVI-X-06-02447 DVI-X-06-01800 DVI-X-06-01873-HCM-ADA
2. First formal level All the Above

3. Second formal level ADA-DVI-X-08-01873
Legal DVI-X-06-01956 -Legal DVI-X-06-01800
DVI-X-06-02447 Harrass Ment Issues
4. Third formal level DVI-X-06-02447 DVI-X-06-01800
DVI-X-06-01956 DVI-X-08-01873

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Erik Aguilar Lopez    Pio Box 600 Tracy, Ca 95378-0600

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

DVI-Devel Vocational Inst
Tracy Ca 95378
(Warden) C. Witian - Sir Moore
COMPLAINT

Stockton Parole
Region I Parole
Candice, Collins
John Hall
Diane Grey
- 2 -

DUI-Medical-HCM
Tracy Ca -
DR fox-H.C.M
ADA -
Tracy Ca 95378-0600
Pio Box 600.

Prior/Previous    Warden
                  Current/Acting
                  Warden

1  Cal finn / S.R. Moore / Druf Vorational Institute-Tracy Ca 95378-Po

2  Candace Collins, John Hall, Diane Grey   Reform I Parole Stockton Ca

3  Dr E. for H.C.a.M    ADA    DVI   Medical clinic

4  _____

5  III.    Statement of Claim.

6          State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  C.W. finn I Was Denied Access Toward Medical Relief

11  of Severly broken Hand, by unlock-Porcess for Medicution And

12  Medical Treatment 6-1-05 To 6-08-08 Racial Lock-down, Candace

13  Collins - Parole Agent - Stockton Parole Agent "Dev one" John Hall

14  Diane Grey  supervisor  due To Injury- I was Revocated of Parole.

15  - And Continous Revocations due To Retaliation And Denial of

16  Responsability of Parolee/Inmate Lopez 6-1-05 To 6-08-08

17  Denial of Any Responsability To the Health And Welfare of Inmate

18  Lopez - by Revocation And Retaliation. Do for DVI Tract HCM

19  Medical Clinic - faulty Practice And Procedures that further

20  Risked the Health of Inmate Lopez And Resulted in Amputation

21  of Inmate Lopez' Limb.   Right hand Middle finbox

22  _____

23  IV.    Relief.

24          Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  To find thru Motion of Discovery - By Unanimous favor or

27  Trial

28  _____

COMPLAINT                         - 3 -

by JURY, that All actions of Wrong Doing And Malice
of Correctional Staff, Medical Parole Relion #1 be duly
found responsible, And be dealt with in Accordance
in their Official and Unofficial Capacity, In the Court of LAw
And Hold All Those Named and others, fully Liable for actions Rendered.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _29_ day of _June_ /20 _08_

_____
(Plaintiff's signature)

COMPLAINT                    - 4 -

_Erik Lopez_     [your name]
_K99196_     [CDC #]
P.O. Box 600
Tracy, CA 95378-0600
In Pro per

CW. Finn S.R Moore - DVI
Oe-fof - HCM - MacY
Cundall Collins John Hall
Diane Coley - Stockton Hopole

)
)
)
)

CASE NO. _____

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the state of California. I'm incarcerated in a California Prison. I'm over the age of 18 years, and a party to the within action.

I served the following document to each of the persons named below at the address shown. By placing a true copy in a sealed envelope with postage fully prepaid in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

**PARTIES SERVED:**

I declare under penalty of perjury the above statements are true and correct. This document executed on the __31__ Day of __July__ 200_8_ , in the city of Tracy, San Joaquin County, California. By: _Erik Lopez_    print your name

SIGNED: _____

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** *Erik Abuilar Lopez*

**DEFENDANTS** C.W finn - DVI Institute - Retired, Sir Moore - Warden, Candace Collins, John Hall, Diane Wey, Region #1 Parole / DO 61 Medical - DVI

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *San Joaquin*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transfered from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane  [X] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability  [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander  [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine  PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability  [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle  [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability  [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury  [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
|  |  | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
|  |  | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 791 Empl.Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: |  | [ ] 870 Taxes (US Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General |  | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty |  |  |  |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [X] 550 Civil Rights |  |  |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 446 Amer w/ disab - Other |  |  |  |  |
|  | [ ] 480 Consumer Credit |  |  |  |  |
|  | [ ] 490 Cable/Satellite TV |  |  |  |  |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT: [ ] CHECK IF THIS IS A CLASS ACTION   DEMAND $ [✓] CHECK YES only if demanded in complaint:

UNDER F.R.C.P. 23    JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY)   [X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____