1  Erik Lopez, A _____ (your name)
2  K99196 _____ (CDC #)
   P.O. Box 600
3  Tracy, CA 95378-0600
   In Pro per

ORIGINAL FILED

08 AUG 29 PM 3: 04

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

Injunctive Relief / Civil Tort
Medical Mal Practice

WHA

Erik Aguilar Lopez
                    Petitioner,

CASE NO. C 08 4140

V. C. W Finn - Sir Moore-Warden
Candace Collins, John Hall, Diane Grey
DVI Medical HMO Dr. for
                    Respondent,

MOTION FOR Discovery
Order for Relief,
Medical Mal Practice / Negligence
Illegal Detainment
Harassment / Retaliation
Mayhem / Corporal Injury
Mail Tampering federal Mail
State Mail

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE

PLEASE TAKE NOTICE: That as soon as this matter may be heard by the Court, the above named petitioner will move for a Discovery in the Court of Law for unlawful actions or failure to amend state Rules and Regulations and Procedures under the official Capacity and unofficial Capacity of their Employment and Violation Discovery of failure to Perform given Duty, under official Capacity of Law
CDC-DVI-X-06-01800  DVI-X-06-02447  DVI-X-06-01956
This motion is based on all the records and files listed under the above mentioned case number, and the attached declaration of the defendant.

DATE:                              RESPECTFULLY SUBMITTED,

                                   [signature]

(LIB# 21  BLANK MOTION)

1 | DECLARATION OF _Motion of Discovery_
2 | I, _Erik Aguilar Lopez_, hereby declare:
3 | A motion for discovery on the basis of: Negligence, CDC
4 | Medical clinic Tracy DVI Harrassment of Correctional staff
5 | Parole Devision, DVI Stockton Parole Dev - Retaliation, Complaint -
6 | CDC Correctional staff. DVI excessive lockdown criteria denial of: Medical care
7 | Legal Mail Tampering: Legal Mail being opened and discarded
8 | Personal Property: being Transpor - empty envelope given to plaintiff and
9 | plaintiff never recieved Personal Property upon Transport or Release
10 | Negligence: failure to allow inmate or others the Right to access
11 | to Law literature and Legal remedies or request for assistance denied or disrupted
12 | including all written material coming to inmate or going out of institution.
13 | CDC-X-06-01800 CDC DVI-X-06-02447 - DVI-X-06-01956
14 | Under Exaustive Remedies Seeking Petition Under - Motion
15 | of Discovery - Exaustive Remedies, by California Dept of Corrections
16 | DVI - Medical - Parole Region 1 - Stockton Parole Devision
17 | Candace Collins, John Hall Diane Gray SR Moore C.W finn
18 | In an official capacity and unofficial capacity under color of the state
   | of California Department of Corrections
19 | **VERIFICATION**
20 | I am the petitioner in the above cause of action, have read the statements herein,
21 | and declare under penalty of perjury that upon information and belief these statements are
22 | true and correct.
23 |
24 | DATED:                    RESPECTFULLY SUBMITTED,
25 |
26 |
27 |                           _[signature]_
28 |

L I B # 21 Blank Motion

1  Erik Lopez _____ (your name)
2  K99196 _____ (CDC #)
   P.O. Box 600
3  Tracy, CA 95378-0600
   In Pro per
4

FILED
08 AUG 29 PM 3:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

WHA

Civil Tort / Injunctive Relief
Medical Mal Practice

9  Erik Aguilar Lopez
10                                    ) CASE NO. C 08 4140
                Petitioner,           )
11                                    ) MOTION FOR Discovery
12 v. C.W Finn / SR Moore             ) Order To Show Cause
   Candace Collins                    ) Medical Mal Practice / Negligence
13 John Hall                          ) Illegal detainment
14              Respondent,           ) Harrassement / Retaliation
                                      ) Mayhem / Corporal Injury
15                                      Mail Tampering / Federal / State Mail
16

17 **TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE**

18

19 **PLEASE TAKE NOTICE:** That as soon as this matter may be heard by the

20 Court, the above named petitioner will move for a Discovery in the courts

21 for Unlawful actions or failure To Amend State Rules

22 And Regulations and Procedures under the official Capacity

23 of their Employment And Violation in Discovery there of failure To

   Perform Given Duties.
24        This motion is based on all the records and files listed under the above

25 mentioned case number, and the attached declaration of the defendant.

26 DATE: 7-31-08                    RESPECTFULLY SUBMITTED,

27

28                                 [signature]

1. DECLARATION OF _Motion of Discovery_
2. I, _Erik Aguilar Lopez_, hereby declare:
3. A Motion for discovery on the Basis of: Negligence
4. CDC, Medical clinic Tracy DVI Stockton Parole Division
5. Retaliation C.D.C Correctional staff Stockton Parole Dev
6. Ex-cessive Lock-down Criteria deprival of Medical care
7. Legal Mail Tampering: Legal Mail Being opened And dis
8. carded Personal Property: Being TransPac- Being Lost or Discard
9. ed Mail - opened contents missing - Envelope Given To Plaintiff
10. Negligence: failure To Allow Inmate or others the Right To
11. Access To Law Literature or Physical access To Law Library
12. Loss of Privileges To Be Excessive And Unhealthy for Inmate
13. being Medically disabled As well Loss of Hygiene products To Aid
14. In the cleanliness And Physical Health of Inmates deprived
15. Given charges Exceeding the Inmates Release date Prior
16. To failure To Release - Under Exhausted Remedies of the State
17. CDC-Y-06-01800  DVI-X-06-02447  DVI-X-06-01956

### VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED: 7-31-08

RESPECTFULLY SUBMITTED,

1  ERIK LOPEZ                          (your name)
2  K99196                              (CDC #)
   P.O. Box 600
3  Tracy, CA 95378-0600
4  In Pro per

FILED
08 AUG 29 PM 3:02
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Tort / Injunctive Relief

(PR)
WHA

Erik Aguilar Lopez

      Petitioner,

v. C.W. Finn - S.R. Moore - Warden
Candace Collins, John Hall, Diane Grey
DJI Medical HMO - Dr tot -

      Respondent,

CASE No. C 08 4140

MOTION FOR Discovery
Medical Mal Practice
Negligence / Illegal detainment
Harassement / Retaliation
Mayhem - Medical Mal Practice
Illegal Mail Tampering / federal mail
                              state mail

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE

PLEASE TAKE NOTICE: That as soon as this matter may be heard by the Court, the above named petitioner will move for a Discovery in the Courts for unlawful actions or failure to Amend State Rules and Regulations and Procedures under the Official Capacity of their employment and Discovery or failure to Perform Given Duty under the Official Capacity of Law

This motion is based on all the records and files listed under the above mentioned case number, and the attached declaration of the defendant.

DATE:                              RESPECTFULLY SUBMITTED,

                                   Erik Aguilar Lopez

(LIB# 21   BLANK MOTION)

DECLARATION OF Motion of Discovery

I, Erik Aguilar Lopez, hereby declare:

A Motion for discovery on the Basis of: Negligence CDC. Medical clinic Tracy D.V.I Harrassement, Correctional Staff, Parole Devision DVI-Stockton Reg. I D.V.I excessive Lockdown Criteria deprival of Medical care Supervision, Legal Mail Tampering: Legal Mail Being opened and discarded/lost - Mail Contents opened/Missing Envelope Given To Plaintiff Negligence: failure to Allow Inmate or others the Right to Access Legal Remedies by Denial of Legal Assistance or Access to Law Library written Material or Physical Access to Law Library thus Including All written Material coming to Inmate or going out of Institution CDC-X-06-01800 DVI CDC-X-06-02447 DVI-X-06-01956 Under exaustive Remedies seeking Petition Under-Motion of Discovery - Exaustive Remedies by California Dept of Corrections - DVI - Medical-Parole Region I Stockton Parole Dev Candace Collins, John Hall, Diane Grey, C.W Finn S.R Moore under the official And Unofficial Capacity of Capacity under Color of the State of California Dept of Corrections

**VERIFICATION**

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED:                                  RESPECTFULLY SUBMITTED,